Kon Tjong PHANG, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 04–1860.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2005.

Decided: March 8, 2005.

Ivan Yacub, Yacub Law Offices, Falls
Church, Virginia, for Petitioner.

Peter D. Keisler, Assistant Attorney
General, M. Jocelyn Lopez Wright, Assis-
tant Director, Hill B. Wellford, III, United
States Department of Justice, Washington,
D.C., for Respondent.

Before SHEDD and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Petition denied by unpublished per
curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kon Tjong Phang, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals affirming, without opinion, the immigration judge's order denying his applications for asylum and withholding of removal.

In his petition for review, Phang challenges the immigration judge's determination that he failed to establish his eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." *INS v. Elias–Zacarias*, 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We have reviewed the evidence of record and conclude that Phang fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that he seeks.

Additionally, we uphold the immigration judge's denial of Phang's request for withholding of removal. "Because the burden of proof for withholding of removal is higher than for asylum—even though the facts that must be proved are the same—an applicant who is ineligible for asylum is necessarily ineligible for withholding of removal under [8 U.S.C.] § 1231(b)(3)." *Camara v. Ashcroft*, 378 F.3d 361, 367 (4th Cir.2004). Because Phang fails to show that he is eligible for asylum, he cannot meet the higher standard for withholding of removal.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*